IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| FREDDIE MAXINE BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:05CV01069 |
| NOVANT HEALTH, INC., | ) ) | |
| Defendant. | ) ) | |

## O R D E R

The court **DENIES** Plaintiff's Motion to Dismiss. The court **ORDERS** Plaintiff to finish the deposition of Ms. Nydia Harter on or before March 27, 2007, unless Ms. Harter is unavailable for a compelling reason during this time, in which case Plaintiff will address with the court. Plaintiff's deposition of Ms. Harter shall be limited in scope to the subject matter contained in the employee relations file obtained by Plaintiff during her first attempt to depose Ms. Harter. Plaintiff shall have fifteen (15) days from the conclusion of Ms. Harter's deposition to respond to Defendant's motion for summary judgment.

This the 2nd day of April 2007.

_____
United States District Judge