IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FREDDIE MAXINE BROWN,            )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )    1:05CV01069
                                 )
NOVANT HEALTH, INC.,             )
                                 )
    Defendant.                   )

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Defendant Novant Health, Inc.'s Motion for Summary Judgment [20] is GRANTED.

This the 23rd day of May 2007.

                                                                         */s/ William L. Osteen*
                                                                          United States District Judge